MINUTES OF PROCEEDINGS

HONORABLE <u>PAMELA A. BARKER</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

<u>United States of America</u> vs.

<u>Eric King</u>

Date: 7/25/2023
Case No.: 1:20-cr-00731-PAB-1
Court Reporter: George Staiduhar

Counsel for Plaintiff: Brian M. McDonough, Edward D. Brydle, Jonathan L. Metzler

Counsel for Defendant: Timothy A. Hess

- [ ] Case Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [x] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| [ ] Voir Dire begun and concluded | [ ] Voir Dire begun and continued | |
| [x] Plaintiff(s) opening statements | [x] Defendant(s) opening statements | |
| [x] Evidence began; continued | [ ] Evidence continued | [ ] Evidence concluded |
| [x] Plaintiffs case begun | [ ] Plaintiffs case continued; not concluded | [ ] Concluded |
| [ ] Defendants case begun | [ ] Defendants case continued; not concluded | [ ] Concluded |
| [ ] Testimony taken (see witness list) | | |
| [ ] Plaintiff(s) rebuttal | [ ] Defendant(s) sur-rebuttal | |
| [ ] Plaintiff(s) final argument | [ ] Defendant(s) final argument | |
| [ ] Charge to the jury | | |
| [ ] Jury Deliberations begun | [ ] Continued; not concluded | [ ] Continued and Concluded |
| [ ] Verdict | | |
| [ ] Exhibits Located:_____ | [ ] Exhibits returned to counsel | |

Trial/Proceedings Adjourned until: July 26, 2023 @ 9:00 AM.

Comments:

s/ Kimberly Perhacs

Courtroom Deputy Clerk

Time: 2 hrs, 45 min