IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

United States of America,
     Plaintiff,

v.

Eric D. King,
     Defendant.

FILED

FEB 1 2 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

Case No. 1:20-cr-00731-PAB
Judge Pamela A. Barker

---

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Eric D. King, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order entered on February 2, 2026, denying Defendant's Motion to Vacate or Amend Restitution.

This appeal is taken pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742.

Respectfully submitted,

Eric D. King
Pro Se Defendant
4216 Jennings Ridge Dr.
Cleveland, OH 44109

---

## CERTIFICATE OF SERVICE

I certify that on this _12_ day of February, 2026, I mailed a true and correct copy of the foregoing Notice of Appeal to:

United States Attorney's Office
Northern District of Ohio
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, OH 44113

Eric D. King
Pro Se Defendant